UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation, et al<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation; et al<br><br>Defendants. | CASE NO.  10-cv-01615-LHK<br><br>**ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Having read the Request for Continuance of Case Management Conference filed herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that said continuance of the Case Management Conference is granted.

Case No.: 10-CV-01615-LHK
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

1

IT IS FURTHER HEREBY ORDERED that the Case Management Conference ("CMC"), which is currently set for September 1, 2010, at 2:00 p.m., be continued to November 3, 2010.

THIS ORDER IS ISSUED August 20, 2010.

*Lucy H. Koh*
HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE