UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FULL CIRCLE SALES, INC., a Montana corporation, *et al*.<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC ALLIANCE, INC., a Nevada corporation; *et al*.<br><br>Defendants. | CASE NO. 10-cv-01615-LHK<br><br>**ORDER RE DISMISSAL** |

Having read and considered the Stipulation for Dismissal filed herein and good cause appearing thereto:

IT IS HEREBY ORDERED that the Complaint be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: February 7, 2011

_____
HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE

1