1  BART M. BOTTA, State Bar No. 167051
   RYNN & JANOWSKY, LLP
2  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
3  Telephone: (949) 752-2911
   Facsimile: (949) 752-2911
4  E-Mail: bart@rjlaw.com

5  Attorneys for Plaintiffs
   FULL CIRCLE SALES, INC., *et al.*

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  FULL CIRCLE SALES, INC., a Montana          CASE NO. 11-CV-03402 LHK
    corporation; GROWERS EXPRESS, LLC,
12  a limited liability company; STEINBECK      **JOINT STIPULATION TO**
    COUNTRY PRODUCE, INC., a                    **CONTINUE CASE MANAGEMENT**
    corporation; STEVE W. ALMQUIST d/b/a        **CONFERENCE AND HEARING ON**
13  STEVE ALMQUIST SALES AND                    **DEFENDANT'S MOTION TO**
    BROKERAGE; DANIEL ANDREWS                   **DISMISS PLAINTIFFS' FIRST**
14  doing business as DAN ANDREWS               **AMENDED COMPLAINT**
    FARMS, a sole proprietorship; FRESH
15  NETWORK, LLC, a limited liability
    company; QUEBEC DISTRIBUTING CO.,
16  INC., a corporation,

17                     Plaintiffs,

18      v.

19  ORGANIC ALLIANCE, INC., a Nevada
    corporation,
20
                       Defendant.
21

22

COMES NOW, Plaintiffs FULL CIRCLE SALES, INC. ("FCS"), GROWERS EXPRESS, LLC ("GROWERS"), STEINBECK COUNTRY PRODUCE, INC. ("STEINBECK"), STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE ("ALMQUIST"), DAN ANDREWS FARMS ("ANDREWS"), FRESH NETWORK, LLC ("FRESH"), and QUEBEC DISTRIBUTING CO., INC. ("QUEBEC")(referred to collectively as "Plaintiffs"), and Defendant ORGANIC ALLIANCE, INC. (hereinafter referred to as "OA" or "Defendant")(Plaintiffs and OA are sometimes referred to collectively as "the Parties"), by and through their respective counsel of record as set forth below, and stipulate as follows:

i. WHEREAS, on January 4, 2012 [Docket Number 35], the above-captioned Court issued an Order which set a Case Management Conference before Judge Lucy H. Koh on March 15, 2012 at 1:30 p.m.;

ii. WHEREAS, Defendant has also filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which is currently set for hearing on March 15, 2012 at 1:30 p.m. in Department 8 of the U.S. District Court for the Northern District of California;

iii. WHEREAS, counsel for the Parties have continued to discuss the possibility of a global settlement that would result in resolution of this entire matter and dismissal of this case in its entirety; however, this settlement is contingent on events that are scheduled to occur concerning stock offerings, and due to the fact that Defendant is a publicly traded company, said stock offerings are subject to numerous S.E.C. regulations, and requirements include completion of certain financial audits. Once these audits are completed, the stock offering can occur which would raise capital to fund any settlement

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

with Plaintiffs and it is through this procedure that the Parties anticipate resolving this matter through settlement and dismissal of this action in its entirety;

    iv.    WHEREAS, Defendant has informed counsel for Defendant that the required audits will be completed and the stock offering will occur within the next 60 days. Therefore, the Parties agree that continuing the Case Management Conference and the Hearing on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and related deadlines for approximately 60 days will make the best use of the Court's time and resources and could result in a resolution and dismissal of this matter in its entirety;

    v.    WHEREAS, the Parties agree that the Case Management Conference and Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint should be continued for approximately 60 days from March 15, 2012 until a date to be set by the Court on or after May 15, 2012 before the Honorable Judge Lucy H. Koh, United States District Court Judge.

NOW, THEREFORE, the parties stipulate as follows:

1. The Case Management Conference currently scheduled for March 15, 2012 shall be taken off calendar and continued for approximately 60 days to a date to be set by the Court before the Honorable Judge Lucy H. Koh, United Stated District Court Judge;

2. The Joint Case Management Conference Report shall be due one week prior to the date the Court sets for the continued Case Management Conference; and

3. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint currently scheduled for March 15, 2012 shall be taken off calendar and

continued for approximately 60 days to a date to be set by the Court before the Honorable Judge Lucy H. Koh, United Stated District Court Judge.

IT IS SO STIPULATED.

Respectfully submitted,

**RYNN & JANOWSKY, LLP**

DATED: March 2, 2012     By: /s/ Bart M. Botta
BART M. BOTTA, Attorneys for Plaintiffs

**OTTONE LEACH OLSEN & RAY, LLC**

DATED: March 2, 2012     By: /s/ Anne Frassetto Olsen
ANNE FRASSETTO OLSEN, Attorneys for Defendant Organic Alliance, Inc.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 9 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 10 | FULL CIRCLE SALES, INC., a Montana corporation; GROWERS EXPRESS, LLC, a limited liability company; STEINBECK COUNTRY PRODUCE, INC., a corporation; STEVE W. ALMQUIST d/b/a STEVE ALMQUIST SALES AND BROKERAGE; DANIEL ANDREWS doing business as DAN ANDREWS FARMS, a sole proprietorship; FRESH NETWORK, LLC, a limited liability company; QUEBEC DISTRIBUTING CO., INC., a corporation, | CASE NO. 11-CV-03402 LHK |
| 11 | | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | ORGANIC ALLIANCE, INC., a Nevada corporation, | |
| 20 | Defendant. | |

Having read and considered the Stipulation filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Case Management Conference currently scheduled for March 15, 2012 shall be taken off calendar and continued for approximately 60 days to June 28, 2012, at 2:00 p.m. before the Honorable Judge Lucy H. Koh, United Stated District Court Judge;

2. The Joint Case Management Conference Report shall be due one week prior to the date the Court sets for the continued Case Management Conference; and

3. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint currently scheduled for March 15, 2012 shall be taken off calendar and continued for approximately 60 days to June 28, 2012, at 2:00 p.m. before the Honorable Judge Lucy H. Koh, United Stated District Court Judge.

SO ORDERED.

DATED: March 8, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
U.S. DISTRICT COURT JUDGE